IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 13-cv-02618-CMA-KMT

ERIK WINTER,

    Plaintiff,

v.

CREDIT MANAGEMENT, LP, a Nevada limited partnership,

    Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

The Court, having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (Doc. # 36), and being fully advised in the premises, HEREBY ORDERS that this case is DISMISSED WITH PREJUDICE, with each party to pay his or its own attorney's fees and costs. It is

FURTHER ORDERED that the two-day Jury Trial set to commence on March 16, 2015 is VACATED.

DATED: March 10, 2015

                        BY THE COURT:

                        _____
                        CHRISTINE M. ARGUELLO
                        United States District Judge